**DISMISS and Opinion Filed April 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00204-CV

**NITIN JARIWALA AND CHETNA HIRA, Appellants**
**V.**
**FIRST NATIONAL BANK OF PRATT, KANSAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17306**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Before the Court is appellants' amended motion to dismiss the appeal. Appellants inform the Court that the parties have settled all matters in controversy. Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

190204F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NITIN JARIWALA AND CHETNA HIRA,
Appellants

No. 05-19-00204-CV        V.

FIRST NATIONAL BANK OF PRATT,
KANSAS, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-17306.
Opinion delivered by Justice Myers. Justices
Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

Subject to any agreement between the parties, it is **ORDERED** that appellee FIRST NATIONAL BANK OF PRATT, KANSAS recover its costs of this appeal from appellants NITIN JARIWALA AND CHETNA HIRA.

Judgment entered this 8th day of April, 2019.